UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM INSURANCE,<br>William Terry,<br><br>　　　　Defendant. | Case No. 09-CV-2184-DMS-BLM<br><br>**ORDER GRANTING STATE FARM'S MOTION TO DISMISS**<br><br>[Docket Nos. 3, 4, 15] |

　　　　This case comes before the Court on Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6). Plaintiff filed an opposition to the motion,[1] and Defendant filed a response thereto. After full consideration of the briefs, and good cause appearing, Defendant's motion to dismiss is granted.[2] If Plaintiff wishes to proceed with this case, he should file a First Amended Complaint that complies with Federal Rule of Civil Procedure 8 on or before **December 28, 2009**. Plaintiff is cautioned that if his First Amended Complaint does not

///

---

[1] The Court notes Plaintiff did not serve a copy of his opposition, or his other recent filings, on defense counsel. Plaintiff is reminded of his obligation to serve opposing counsel with copies of all papers he files with the Court, and to attach proof of that service to his documents. *See* Local Civil Rule 5.2.

[2] In light of this ruling, Defendant's motion to transfer and Plaintiff's motion for summary judgment are denied as moot.

1  comply with this Rule, his case will be dismissed with prejudice and without further leave to
2  amend.

3  Dated: December 3, 2009

4                                  Dana M. Sabraw
                                United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28